1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYNE A. SANIN (DCBN 499564)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax:  (408) 535-5066
       E-Mail: carolyne.sanin@usdoj.gov
8
   Attorneys for Plaintiff
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                   SAN JOSE  DIVISION
12

13  UNITED STATES OF AMERICA,         )    No. CR-05-00421 EXE-1
                                      )
14         Plaintiff,                 )
                                      )    **UNITED STATES' MOTION TO**
15     v.                             )    **DISMISS INDICTMENT**
                                      )
16  LUIS OLEA-LIMON,                  )
                                      )
17         Defendant.                 )
                                      )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California hereby moves to dismiss the

21  Indictment in the above-captioned case without prejudice.

22

23  Dated: December 12, 2012              Respectfully submitted,

24                                        MELINDA HAAG
                                          United States Attorney
25

26                                          /s/
                                          CAROLYNE A. SANIN
27                                        Special Assistant United States Attorney

28

    MOTION TO DISMISS
    No. CR-05-00421 EXE-1

# [~~PROPOSED~~] ORDER

Upon motion of the government, the court hereby dismisses the Indictment in case No. CR-05-00421 EXE-1 without prejudice.

Date: 12/17/2012

_____
United States District Judge